

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:        Cecilia Clinkscale v. Corporate Auto Services, Inc., et al.

Appellate case number:    01-15-00938-CV

Trial court case number:   1059855

Trial court:                        County Court at Law No. 1 of Harris County

On December 23, 2015, appellant, Cecilia Clinkscale, proceeding *pro se*, filed a notice of appeal in the trial court from the order denying her verified motion to reinstate case on docket, signed on September 23, 2015, in this contract action. Because appellant filed an affidavit of indigence for appellate costs in this Court, the Clerk of this Court forwarded it to the trial clerk on December 29, 2015, and requested that an indigent clerk's record be filed within 30 days. On January 6, 2016, the indigent clerk's record was filed in this Court attaching the trial court's order, signed on January 5, 2016, sustaining the trial clerk's contest to appellant's affidavit of indigence. *See* TEX. R. APP. P. 20.1(e)(1), (i)(4).

A party claiming indigence for appellate costs may seek review of a trial court's order sustaining a contest to her affidavit of indigence by filing a motion challenging the order, within 10 days of that order, in the appellate court. *See* TEX. R. APP. P. 20.1(j)(1), (2). Here, because appellant failed to timely file such a motion, the Clerk of this Court is directed to mark appellant not indigent for purposes of appellate costs. *See id.* 20.1(j)(2).

Accordingly, because appellant has not established indigence, it is **ORDERED** that she pay the $205.00 filing fee to the Clerk of this Court and file evidence with the Clerk of this Court of payment or arrangements to pay the trial clerk for the $234.00 clerk's record fee **within 30 days** of the date of this order, **or this appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

It is so ORDERED.

Judge's signature:  /s/ Evelyn V. Keyes
                    ☒ Acting individually
Date:  February 2, 2016